## CARNELL HUNNICUTT *v.* COMMISSIONER OF CORRECTION

The petitioner Carnell Hunnicutt's petition for certification for appeal from the Appellate Court, 83 Conn. App. 199 (AC 23459), is denied.

*Deborah G. Stevenson*, special public defender, in support of the petition.

*Susann E. Gill*, senior assistant state's attorney, in opposition.

Decided July 13, 2004

## NANCY BURTON *v.* AMERICAN LAWYER MEDIA, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 83 Conn. App. 134 (AC 23759), is denied.

*Nancy Burton*, pro se, in support of the petition.

*John B. Nolan*, in opposition.

Decided July 13, 2004